**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| Tarrounce Massengill and | § | |
| LaShea Johnson-Massengill | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-189-E-BK |
| | § | |
| City of Desoto, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court conducted an independent review of the pleadings, file and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Objections were filed.  The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation for plain error.  The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of this Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and Plaintiffs' claims are **DISMISSED WITH PREJUDICE** as barred by the doctrine of *res judicata*.

SO ORDERED this 25th day of March, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE